IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELEAZAR P. MENESES,<br><br>Defendant. | 4:12CR3065<br><br>ORDER |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 2:30 p.m. on October 16, 2020

**2)** Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and in addition, **the defendant shall have no contact with the victim in this case.**

July 16, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge