IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3065 |
| vs. | ORDER |
| ELEAZAR P. MENESES, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 113) is granted.

2. The operative petition for offender under supervision (filing 104) is dismissed.

3. The October 16, 2020 hearing is cancelled.

Dated this 6th day of October, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge