IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ELEAZAR P. MENESES,<br><br>                Defendant. | **4:12CR3065**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 135), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

   The defendant shall be released to reside in Omaha, Nebraska at the location approved by the U.S. Probation Office. Defendant shall fully participate in intensive outpatient treatment with Clearview Center Inc., in Omaha, Nebraska. The defendant shall fully comply with the requirements of defendant's treatment program and plan. If the defendant is discharged from the program for any reason whatsoever, Defendant shall promptly report to the supervising officer or to any law enforcement officer.

3) The defendant can be released immediately. Defense counsel shall communicate with the Marshal to arrange for Defendant's release for transport to the probation-approved residence in Omaha, Nebraska.

August 11, 2021.

                                                          BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge